# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA, MODESTO DIVISION

In re )
**Narmore, Riley Ray & Narmore, Denise Renay** )
)
) Case No.
)
)
_____ )

## VERIFICATION OF MASTER ADDRESS LIST

I (we) declare under penalty of perjury that the attached Master Address List is a true, correct, and complete list of creditors and their addresses in this case.

I (we) acknowledge the following:

- Filing a Master Address List with incomplete or incorrect addresses may mean that creditor(s) with incomplete or incorrect address(es) may not receive notification of this Bankruptcy case.

- The debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any, share responsibility for the accuracy and completeness of the attached Master Address.

- The Court will use the addresses on the attached Master Address List for all items that the Court mails, and will not rely on other documents filed in this case (such as schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure) to obtain or verify the addresses of creditors.

DATED:   May 2, 2019         /s/ Riley Ray Narmore
                             Debtor's Signature

DATED:   May 2, 2019         /s/ Denise Renay Narmore
                             Joint Debtor's (if any) Signature

**Submit this form and your Master Address List to one of the following addresses**

| Sacramento Division | Modesto Division | Fresno Division |
|---|---|---|
| 501 I Street, Suite 3-200 | Mailing Address: | 2500 Tulare Street, Suite 2501 |
| Sacramento, CA 95814 | 501 I Street, Suite 3-200 | Fresno, CA 93721 |
| | Sacramento, CA 95814 | |
| | Physical Address: | |
| | 1200 I Street, Suite 4 | |
| | Modesto, CA 95354 | |

EDC 2-100    (Rev. 6/20/17)

```
Bank of America
4909 Savarese Cir
Tampa, FL  33634-2413

Bank of America
PO Box 982238
El Paso, TX  79998-2238

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT  84130-0285

Capital One Bank USA N
PO Box 30281
Salt Lake City, UT  84130-0281

CHASE
PO Box 78039
Phoenix, AZ  85062-8039

Chase Card
PO Box 15298
Wilmington, DE  19850-5298

Chase Card Services
Attn: Bankruptcy
PO Box 15298
Wilmington, DE  19850-5298

Chase Mortgage
Mail Code: OH4-7302
PO Box 24696
Columbus, OH  43224-0696

Chase Mtg
700 Kansas Ln
Monroe, LA  71203-4774

Citi
PO Box 6190
Sioux Falls, SD  57117-6190

Citibank/the Home Depot
Attn: Recovery/Centralized Bankruptcy
PO Box 790034
Saint Louis, MO  63179-0034

Costco Anywhere Visa Card
Attn: Bankruptcy
PO Box 6500
Sioux Falls, SD  57117-6500
```

```
Syncb/Care Credit
C/o
PO Box 965036
Orlando, FL  32896-5036

Syncb/lowes
PO Box 956005
Orlando, FL  32801

Synchrony Bank/Care Credit
Attn: Bankruptcy Dept
PO Box 965060
Orlando, FL  32896-5060

Synchrony Bank/Lowes
Attn: Bankruptcy
PO Box 965060
Orlando, FL  32896-5060

Thd/Cbna
PO Box 6497
Sioux Falls, SD  57117-6497

The Mortgage Law Firm, PLC
27455 Tierra Alta Way Ste B
Temecula, CA  92590-3498
```