|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT | |
| EASTERN DISTRICT OF CALIFORNIA | |

RANDALL K. WALTON, ESQ., 155175
1509 K STREET # 175
MODESTO, CA 95354
(209) 213-8847
waltonbklaw@outlook.com
Attorney for Debtor(s)

In Re:

| | |
|---|---|
| RILEY RAY NARMORE, ) | Case No.: No. 18-90420 |
| ) | DOCKET CONTROL NO: RKW-02 |
| DENISE RENAY NARMORE, ) | DATE: JUNE 6, 2019 |
| ) | TIME: 10:30 A.M. |
| Debtor(s). ) | PLACE: UNITED STATES BANKRUPTCY |
| ) | COURT |
| ) | DEPARTMENT E |
| ) | |

### **MOTION TO ABANDON PROPERTY**

Debtors RILEY and DENISE NARMORE ("debtors"), hereby move the court for an order compelling the Trustee to abandon certain property of the estate. This motion is brought pursuant to 11 U.S.C. §554(b) and Federal Rules of Bankruptcy Procedure, Rule 6007 and on the basis that the business property described herein is burdensome to the estate and/or is of inconsequential value to the estate. The motion is also based on the accompanying Declaration of Debtor, and schedules B and C, filed in this matter, of which judicial notice is hereby requested.

1. Debtors filed this case on 5/2/19 (docket 1).
2. Debtors listed their business, R-AN-D RENOVATIONS, business property, consisting of "file cabinets, office supplies, 2 paint sprayers, 7 sawzalls, 3 drills, skill saw, table saw, drill press, tile saw, very old welder, other misc. tools" and listed the value of

this business equipment at $3,500 (Schedule B, docket 1; decl. debtor page 1, lines 2-27)

3. Debtor also listed accounts receivable of $7,350 (Schedule B, docket 1; decl. debtor page 1, line 28).

4. Debtor properly exempted the business property in full, $3,500, pursuant to CCP § 703.140(b)(6) and the accounts receivable in full, $7,350, pursuant to CCP § 703.140(b)(5) (Schedule C, docket 1).

5. There is no value to the business above the value of the exempt business property and exempt accounts receivable. The only other value is the knowledge, skill experience and expertise of the debtor (decl. debtor page 2, lines 1-5).

Therefore, the debtors' business, business property and accounts receivable are burdensome to the estate and/or are of inconsequential value to the estate, and debtor respectfully requests the Court grant this motion.

RESPECTFULLY SUBMITTED:

DATED:  May 7, 2019

                                                /s/ RANDALL K. WALTON  
                                                RANDALL K. WALTON