```
                          United States Bankruptcy Court
                           Eastern District of California

In re:                                                    Case No. 19-90420-E
Riley Ray Narmore                                         Chapter 7
Denise Renay Narmore
        Debtors
                              CERTIFICATE OF NOTICE
District/off: 0972-9         User: admin         Page 1 of 1         Date Rcvd: May 06, 2019
                             Form ID: 309A       Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 08, 2019.
db/jdb         Riley Ray Narmore,    Denise Renay Narmore,    3054 Dakota Ave,    Modesto, CA  95358-9779
aty           +Randall K. Walton,    1509 K Street # 175,    Modesto, CA 95354-1107
tr            +Irma Edmonds,    PO Box 3608,    Pinedale, CA 93650-3608
22754235       Bank of America,    4909 Savarese Cir,    Tampa FL 33634-2413
22754242       Chase Mortgage,    Mail Code OH4-7302,    PO Box 24696,    Columbus OH 43224-0696
22754243       Chase Mtg,    700 Kansas Ln,    Monroe LA 71203-4774
22754244       Citi,    PO Box 6190,    Sioux Falls SD 57117-6190
22754245       Citibank the Home Depot,    Attn Recovery Centralized Bankruptcy,    PO Box 790034,
                Saint Louis MO 63179-0034
22754246       Costco Anywhere Visa Card,    Attn Bankruptcy,    PO Box 6500,    Sioux Falls SD 57117-6500
22754252       The Mortgage Law Firm PLC,    27455 Tierra Alta Way Ste B,    Temecula CA 92590-3498

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            EDI: EDD.COM May 07 2019 07:43:00      Employment Development Department,
                Bankruptcy Group, MIC 92E,    PO Box 826880,    Sacramento, CA  94280-0001
smg            EDI: CALTAX.COM May 07 2019 07:43:00      Franchise Tax Board,    PO Box 2952,
                Sacramento, CA  95812-2952
22754236       EDI: BANKAMER.COM May 07 2019 07:43:00      Bank of America,    PO Box 982238,
                El Paso TX 79998-2238
22754239       EDI: CHASE.COM May 07 2019 07:43:00      CHASE,    PO Box 78039,    Phoenix AZ 85062-8039
22754237       EDI: CAPITALONE.COM May 07 2019 07:43:00      Capital One,    Attn Bankruptcy,    PO Box 30285,
                Salt Lake City UT 84130-0285
22754238       EDI: CAPITALONE.COM May 07 2019 07:43:00      Capital One Bank USA N,    PO Box 30281,
                Salt Lake City UT 84130-0281
22754240       EDI: CHASE.COM May 07 2019 07:43:00      Chase Card,    PO Box 15298,    Wilmington DE 19850-5298
22754241       EDI: CHASE.COM May 07 2019 07:43:00      Chase Card Services,    Attn Bankruptcy,    PO Box 15298,
                Wilmington DE 19850-5298
22754247       EDI: RMSC.COM May 07 2019 07:43:00      Syncb Care Credit,    C o,    PO Box 965036,
                Orlando FL 32896-5036
22754248       EDI: RMSC.COM May 07 2019 07:43:00      Syncb lowes,    PO Box 956005,    Orlando FL 32801
22754249       EDI: RMSC.COM May 07 2019 07:43:00      Synchrony Bank Care Credit,    Attn Bankruptcy Dept,
                PO Box 965060,    Orlando FL 32896-5060
22754250       EDI: RMSC.COM May 07 2019 07:43:00      Synchrony Bank Lowes,    Attn Bankruptcy,    PO Box 965060,
                Orlando FL 32896-5060
22754251       EDI: CITICORP.COM May 07 2019 07:43:00      Thd Cbna,    PO Box 6497,    Sioux Falls SD 57117-6497
                                                                                              TOTAL: 13

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 6, 2019 at the address(es) listed below:
NONE.                                                                                    TOTAL: 0
```

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|

# Information to identify the case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Riley Ray Narmore** | Social Security number or ITIN | xxx–xx–0834 |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 | **Denise Renay Narmore** | Social Security number or ITIN | xxx–xx–5478 |
| (Spouse, if filing) | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of California** | Date case filed for chapter 7: | 5/2/19 |
| Case number: | 19–90420 – E – 7 | | |

12/15

## Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Riley Ray Narmore | | Denise Renay Narmore |
| 2. | **All other names used in the last 8 years** | | | |
| 3. | **Address** | 3054 Dakota Ave<br>Modesto, CA 95358–9779 | | 3054 Dakota Ave<br>Modesto, CA 95358–9779 |
| 4. | **Debtor's attorney**<br>Name and address | Randall K. Walton<br>1509 K Street # 175<br>Modesto, CA 95354 | | Contact phone:  209–213–8847 |
| 5. | **Bankruptcy trustee**<br>Name and address | Irma Edmonds<br>PO Box 3608<br>Pinedale, CA 93650 | | Contact phone:  (559) 221–2233 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**  page **1**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**  You may inspect all records filed in this case at this office or online at www.pacer.gov. | 1200 I Street, Suite 4 Modesto, CA 95354  <u>Mailing Address:</u> Robert T. Matsui United States Courthouse 501 I Street, Suite 3–200, Sacramento, CA 95814 | Hours: M–F 9:00 AM – 4:00 PM www.caeb.uscourts.gov Phone: (209) 521–5160 Date: 5/6/19 |
| **7.** | **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **July 1, 2019 at 12:00 PM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**  **United States Trustees Meeting Room, Suite 2, 1st Floor, 1200 I St, Modesto, CA**  **Debtors are required to bring government issued photo identification and proof of social security number to the meeting of creditors.** |
| **8.** | **Presumption of abuse** If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**  **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).  **You must file a motion:** • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 8/30/19** |
| | | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |
| **13.** | **Options to Receive Notices Served by the Clerk by Email Instead of by U.S. Mail** | Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov or debtors can register for DeBN by filing form EDC 3–321 Debtor's Electronic Noticing Request (DeBN) with the Clerk of Court. Both options are FREE and allow the Clerk to quickly send you court–issued notices and orders by email. | |