# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

In re )  Case No. 19-90420-E-7
) Docket Control No. RKW-2
RILEY RAY NARMORE and )
DENISE RENAY NARMORE, )
)
Debtors. )
)

## ORDER GRANTING MOTION TO ABANDON PROPERTY

The Motion to Compel Abandonment filed by Riley Ray Narmore and Denise Renay Narmore ("Debtor's") having been presented to the court; Findings of Fact and Conclusions of Law being stated in the Civil Minutes for the hearing; upon review of the pleadings, evidence, arguments of counsel, and good cause appearing,

**IT IS ORDERED** that the Motion to Compel Abandonment is granted, and the Property identified as:

1. Debtor's business, R-AN-D RENOVATIONS,

2. property used in the business, including file cabinets, office supplies, 2 paint sprayers, 7 sawzalls, 3 drills, skill saw, table saw, drill press, tile saw, very old welder, other misc. tools valued at $3,500.00 ("Business Property"), and

3. and accounts receivable (collectively "Debtor's Business").

and listed on Schedule A/B by Debtor is abandoned by Irma Edmonds ("the Chapter 7 Trustee") to Riley Ray Narmore and Denise Renay Narmore by this order, with no further act of the Chapter 7 Trustee required.

Dated: June 12, 2019

By the Court

/s/ Ronald H. Sargis
Ronald H. Sargis, Judge
United States Bankruptcy Court

# Instructions to Clerk of Court
**Service List - Not Part of Order/Judgment**

**The Clerk of Court is instructed to** send the Order/Judgment or other court generated document transmitted herewith *to the parties below*. The Clerk of Court will send the document via the BNC or, if checked ____, via the U.S. mail.

| **Debtor**(s) | **Attorney for the Debtor**(s) (if any) |
|---|---|
| **Bankruptcy Trustee** (if appointed in the case) | Office of the U.S. Trustee<br>Robert T. Matsui United States Courthouse<br>501 I Street, Room 7-500<br>Sacramento, CA 95814 |