| | |
|---|---|
| 1 | James F. Lewin (SBN 140268) |
| 2 | Kelsey Luu (SBN 315593) |
|   | THE MORTGAGE FIRM, PLC |
| 3 | 27455 Tierra Alta Way, Suite B |
|   | Temecula, California 92590 |
| 4 | Telephone: (619) 465-8200 |
| 5 | Facsimile:  (951) 225-4073 |
|   | Kelsey.Luu@mtglawfirm.com |
| 6 | TMLF File No. 147087 |

Attorneys for Movant,
NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER

## UNITED STATES BANKRUPTCY COURT

### EASTERN DISTRICT OF CALIFORNIA – MODESTO DIVISION

| | |
|---|---|
| In re: | Case No.: 19-90420 |
|  | Chapter: 7 |
| RILEY RAY NARMORE, DENISE RENAY NARMORE, | D.C. No. KXL-001 |
|  | **CERTIFICATE OF SERVICE** |
|  |  |
|  | MOTION FOR RELIEF FROM THE AUTOMATIC STAY HEARING: |
| Debtors. | Date:  08/29/2019 |
|  | Time:  10:00 a.m. |
|  | Suite:  4 |
|  | Place:  1200 I Street |
|  |             Modesto, CA 95354 |
|  |  |
|  | Judge: Ronald H. Sargis |

I am employed in the County of Riverside, State of California.  I am over the age of eighteen (18) and not a party to the within action. My business address is 27455 Tierra Alta Way, Suite B, Temecula, CA 92590.

1
CERTIFICATE OF SERVICE

On July 19, 2019, I served the foregoing documents described as **MOTION FOR RELIEF FROM THE AUTOMATIC STAY, NOTICE OF HEARING, MEMORANDUM OF POINTS & AUTHORITIES, DECLARATION IN SUPPORT, RELIEF FROM STAY INFORMATION SHEET, and EXHIBITS IN SUPPORT** on the following individuals by depositing true copies thereof in the United States first class mail at Temecula, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

**SEE ATTACHED SERVICE LIST**

[X] (BY MAIL) I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Temecula, California. I am readily familiar with the firm's business practice for collection and processing of correspondence for mailing with the U.S. Postal Service pursuant to which practice the correspondence is deposited with the U.S. Postal Service the same day in the ordinary course of business.

[] (BY FEDEX OVERNITE - NEXT DAY DELIVERY) I placed true and correct copies of thereof enclosed in a package designated by FedEx with the delivery fees provided for.

[] (BY FACSIMILE) The facsimile machine I used, with telephone no. (951) 308-0055, complied with California Rules of Court, Rule 2003, and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to the original Proof of Service.

[] (BY PERSONAL DELIVERY VIA NATIONWIDE LEGAL) I caused personal delivery by NATIONWIDE LEGAL of said document(s) to the offices of the addressee(s) as set forth on the attached service list.

[] (BY CM/ECF ELECTRONIC SERVICE) Pursuant to CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF systems sends an e-mail notification of the filing to the parties and counsel of record listed above who are registered with the Court's EC/ECF system.

[X] (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed on July 19, 2019, at Temecula, California.

   /s/  Susan Ramirez_____
   Susan Ramirez

2
CERTIFICATE OF SERVICE

## SERVICE LIST
BK Case No.: 19-90420
In re RILEY RAY NARMORE, DENISE RENAY NARMORE

**PARTIES SERVED BY ECF ELECTRONIC MAIL:** None.

**PARTIES SERVED BY U.S. MAIL:**

Debtors' Counsel:
Randall K. Walton
1509 K Street # 175
Modesto, CA 95354

Debtor:
Riley Ray Narmore
3054 Dakota Ave
Modesto, CA 95358-9779

Joint Debtor:
Denise Renay Narmore
3054 Dakota Ave
Modesto, CA 95358-9779

Judge:
Honorable Ronald H. Sargis
Robert T. Matsui United States Courthouse
501 I Street Suite 3-200
Sacramento, CA 95814

Chapter 7 Trustee:
Irma Edmonds
PO Box 3608
Pinedale, CA 93650

United States Trustee:
Office of the U.S. Trustee
Robert T Matsui United States Courthouse
501 I Street , Room 7-500
Sacramento, CA 95814

///
///
///

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**SERVICE LIST**
BK Case No.: 19-90420
In re RILEY RAY NARMORE, DENISE RENAY NARMORE

Junior Lienholder:
Chase Mortgage
Attention: Officer, Managing, or General Agent
Mail Code: OH4-7302
PO Box 24696
Columbus, OH 43224-0696

**PARTIES SERVED BY CERTIFIED MAIL: None.**